**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:20-cv-50008 |
| v. | ) | |
| | ) | Hon. Philip G. Reinhard |
| John Russell d/b/a Treemasters, and | ) | |
| Lynn DeHaan, | ) | Magistrate Judge: Hon. Lisa A. Jensen |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF DEFAULT

NOW COMES Plaintiff, NAUTILUS INSURANCE COMPANY ("Nautilus"), through undersigned counsel of record, and submits this Motion for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), against Defendant John Russell d/b/a Treemasters, and states as follows:

(1)     Nautilus filed its Complaint for Declaratory Judgment on January 8, 2020, against Defendants John Russell d/b/a/ Treemasters ("Russell") and Lynn DeHaan ("DeHaan"). *See* Doc. #1.

(2)     On January 10, 2020, a Summons was issued as to Defendant John Russell d/b/a Treemasters.

(3)     Nautilus' effected service of the Summons and its Complaint for Declaratory Judgment on Defendant Russell on February 28, 2020. *See* Affidavit of Jason M. Taylor, Esq., ¶ 7-8, attached hereto as **Exhibit A**; Doc. # 9 (Return of Service); *see also* Affidavit of Abode Service – John Russell is attached as **Exhibit B**.

(4)     The Summons and Complaint were served on February 28, 2020, to Russell's girlfriend, Brittany McCown, a 27-year old woman who resides with Russell at the premises

1

where service was effected and who voluntarily agreed to accept service on behalf of Russell. *See* Exhibit B.

(5)     The process server who served the Summons and Complaint, is over the age of 18 and not a party to this action. *See id*.

(6)     On May 20, 2020, after review of Nautilus' Interim Status Report, the Honorable Lisa A. Jensen, entered a Minute Entry requiring that Defendant answer or otherwise respond to the Complaint by June 5, 2020. *See* Doc. #16.

(7)     Copies of the May 20, 2020, Minute Entry were provided to counsel for DeHaan and Russell, respectively, at their last known addresses. *See* Taylor Affidavit, ¶ 9.

(8)     Defendant Russell has been properly served with Nautilus' Complaint for Declaratory Judgment, pursuant to FED. R. CIV. P. 4, but as of the date of this filing, has failed to appear, answer or otherwise plead to Nautilus' Complaint for Declaratory Judgment, and therefore, is in default.

(9)     Defendant Russell is not an infant, in the military, or an incompetent person. *See* Taylor Affidavit, ¶11; *see* Exhibit B.

WHEREFORE, Plaintiff Nautilus Insurance Company hereby moves for an entry of default against Defendant John Russell d/b/a Treemasters and for any other relief the Court deems just and equitable.


Dated this 9th day of July, 2020                    Respectfully submitted,

                                                    NAUTILUS INSURANCE COMPANY

                                                    */s/ Jason M. Taylor*
                                                    _____
                                                    Dana Rice (6283827)
                                                    Jason M. Taylor (6293925)

Brian Micic (6327321)
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY, LLP
303 W. Madison St., Ste. 1200
Chicago, Illinois 60606
T:  312-332-3900
F:  312-332-3900
drice@tlsslaw.com
jtaylor@tlsslaw.com
bmicic@tlsslaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing *MOTION FOR ENTRY OF DEFEAULT* with the Clerk of the Court using the CM/ECF, which will send electronic notification of such filing to all counsel on record. Additionally, a copy of the foregoing document was served on Defendants by placing same in the United States Mail, postage prepaid, and sent to their last known address as follows :

John Wunsch, Esq.
Law Offices of JOHN C. WUNSCH, P.C.
77 West Washington Street
Suite 1420
Chicago, Illinois  60602

Counsel for Defendant Lynn DeHaan

and

John Russell
6284 Arkabulta Rd.
Coldwater, MS 38618

/s/ Christina R. Dwan

4